UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            CASE NO. 15 B 00989
                                    CHAPTER 13

ALFONSO ORTIZ, JR.
OLIVIA RODRIGUEZ            JUDGE JACK B SCHMETTERER

      DEBTORS                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** KONDAUR CAPITAL CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 5 | 2274 3919 W 55TH ARRS | $37,121.89 | $37,121.89 | $37,121.89 |
| Total Amount Paid by Trustee | | | | | $37,121.89 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-00989-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 16th day of September, 2015.

Debtor:
ALFONSO ORTIZ, JR.
OLIVIA RODRIGUEZ
3919 W 55TH PL
CHICAGO, IL 60629-4401

Attorney:
CHICAGO LEGAL LLC
3833 S HARLEM LLC
BERWYN, IL 60402
via Clerk's ECF noticing procedures

Creditor:
KONDAUR CAPITAL CORP
333 S ANITA DR #400
ORANGE, CA 92868-3314

Creditor:
JP MORGAN CHASE BANK NA
% FREEDMAN ANSELMO
LINDBERG LLC
1771 W DIEHL RD #150
NAPERVILLE, IL 60563

ELECTRONIC SERVICE - United States Trustee

Date: September 16, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603